IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ISAAC SAMUELSON,**                                                                                           **PLAINTIFF**
**ADC #160979**

v.                                       Case No. 2:21-cv-00086-KGB

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction,** *et al.*                                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Isaac Samuelson's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 9th day of January, 2023.

Kristine G. Baker
United States District Judge